UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DOMESHA WILLIAMS, | |
| Plaintiff, | |
| v. | CASE NO. 1:25-CV-535-HAB-ALT |
| ALLEN COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

## OPINION AND ORDER

Domesha Williams, without a lawyer, seeks leave to proceed in forma pauperis. It appears the plaintiff cannot afford to pre-pay the filing fee. For these reasons, the court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF 3);

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery in this case; and

(4) DIRECTS, under 28 U.S.C. § 1915(d), the clerk to request Waiver of Service from (and if necessary the United States Marshals Service to serve process on) the defendants at 715 Calhoun St., Room 101, Fort Wayne, Indiana 46802, with a copy of this order and the complaint.

SO ORDERED on October 6, 2025.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT